# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL JOSEPH PAVALONE**, | : | **CIVIL ACTION NO. 1:13-CV-3089** |
| Petitioner | : | **Chief Judge Conner** |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, PA ATTORNEY GENERAL**, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 22nd day of January, 2014, upon consideration of the petition for writ of habeas corpus, and in accordance with this Court's Memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 4) for leave to proceed *in forma pauperis* is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c)

4. The Clerk of Court is directed to CLOSE this case.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania